In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Lands on West Two Hundred and Fifth Street in the Borough of Manhattan. .

In the Matter of NORTHERN TERMINAL CORPORATION OF NEW YORK, Appellant; THE CHAMBERLAIN OF THE CITY OF NEW YORK et al., Respondents.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.    (See 245 N. Y. 497.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PIANTO, Appellant.

*Appeal — failure to serve printed record — motion to dismiss appeal denied.*

Reported below, 220 App. Div. 333.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1927, which affirmed a judgment of the Court of Special Sessions of the City of New York convicting the defendant of the crime of unlawful possession of a firearm.

The motion was made upon the ground that the printed record on appeal had not been served or filed as required by the Code of Criminal Procedure.

*Joab H. Banton,* District Attorney (*Matthew F. Mahan* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed unless within ten days defendant moves for an extension of time and to be relieved of his default, in which event the decision of this motion to dismiss the appeal will stand over until the hearing and decision of such last-mentioned motion.